USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 7, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MATTEL, INC.,                                   :

                Plaintiff,      :

      - against -                         :        20 Civ. 10487 (ALC)

THE ENTITIES DOING BUSINESS AS        :
POWERWHEELSTOYS AT THE URL
WWW.POWERWHEELSTOYS.COM,               :
JOHN DOE NOS. 1-5 AND ABC
ENTITY NOS. 1-5,                              :

                Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER VACATING THE
## DECEMBER 11, 2020, SEALING ORDER

The Court has considered Plaintiff's application to vacate the order entered December 11, 2020, that temporarily sealed the docket in this action ("Order"), and there being good cause for vacating the Order, it is hereby

ORDERED that the Order is vacated; and it is further

ORDERED that the parties shall file submissions in this action electronically.

Signed this _7_ day of January 2021.

_____
United States District Judge Andrew L. Carter, Jr.