# **<u>Exhibit A</u>**

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,374,017

# United States Patent and Trademark Office
Registered Dec. 3, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## POWER WHEELS

PINES OF AMERICA, INC. (INDIANA CORPO-
RATION)
160 PACIFIC AVENUE
SOUTH SAN FRANCISCO, CA 941884866

FOR: CHILDREN'S RIDE-ON TOY VEHI-
CLES, IN CLASS 28 (U.S. CL. 22).
FIRST USE 11-7-1984; IN COMMERCE
11-7-1984.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WHEELS", APART FROM
THE MARK AS SHOWN.

SER. NO. 509,363, FILED 11-19-1984.

ALBIN DROST, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Aug 22 03:47:44 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ] OR Jump to record: [ ]   **Record 7 out of 7**

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | POWER WHEELS |
| **Goods and Services** | IC 028. US 022. G & S: CHILDREN'S RIDE-ON TOY VEHICLES. FIRST USE: 19841107. FIRST USE IN COMMERCE: 19841107 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73509363 |
| **Filing Date** | November 19, 1984 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 24, 1985 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1374017 |
| **Registration Date** | December 3, 1985 |
| **Owner** | (REGISTRANT) PINES OF AMERICA, INC. CORPORATION INDIANA 160 PACIFIC AVENUE SAN FRANCISCO CALIFORNIA 941884866 |
| | (LAST LISTED OWNER) MATTEL, INC. CORPORATION DELAWARE M1-1518 333 CONTINENTAL BLVD. EL SEGUNDO CALIFORNIA 90245 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DONALD AIKEN |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WHEELS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20151026. |
| **Renewal** | 2ND RENEWAL 20151026 |
| **Live/Dead** | **LIVE** |

**Indicator**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY