# **<u>Exhibit B</u>**

Int. Cl.: 9

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

Reg. No. 1,671,657
Registered Jan. 14, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## POWER WHEELS

KRANSCO (CALIFORNIA CORPORATION)
160 PACIFIC AVENUE, SUITE 200
SAN FRANCISCO, CA 94111

FOR: BATTERIES AND BATTERY RE-CHARGERS, IN CLASS 9 (U.S. CL. 21).
FIRST USE 1-0-1986; IN COMMERCE 1-0-1986.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POWER", APART FROM THE MARK AS SHOWN.

SER. NO. 74-150,480, FILED 3-25-1991.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

*Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Aug 22 03:47:44 EDT 2018

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 5 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | POWER WHEELS |
| **Goods and Services** | IC 009. US 021. G & S: batteries and battery rechargers. FIRST USE: 19860100. FIRST USE IN COMMERCE: 19860100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74150480 |
| **Filing Date** | March 25, 1991 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 22, 1991 |
| **Registration Number** | 1671657 |
| **Registration Date** | January 14, 1992 |
| **Owner** | (REGISTRANT) KRANSCO CORPORATION CALIFORNIA 160 Pacific Avenue, Suite 200 San Francisco CALIFORNIA 94111 |
| | (LAST LISTED OWNER) MATTEL, INC. CORPORATION Assignee of DELAWARE 333 Continental Boulevard M1-1518 El Segundo CALIFORNIA 90245 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DONALD AIKEN |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POWER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20111207. |
| **Renewal** | 2ND RENEWAL 20111207 |
| **Live/Dead Indicator** | **LIVE** |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.**HOME** | **SITE INDEX**| **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**