# **Exhibit C**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,043,428
Registered Mar. 11, 1997

## TRADEMARK
## PRINCIPAL REGISTER



MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: CHILDREN'S RIDE-ON TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-1-1994; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 1,374,017, 1,673,160 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WHEELS", APART FROM THE MARK AS SHOWN.

SER. NO. 75-078,995, FILED 3-26-1996.

JODI LAUTERBACH, EXAMINING ATTORNEY