# **Exhibit E**



