Stein J. Part I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

MATTEL, INC., :

                Plaintiff, :

    - against - :     20 Civ.

THE ENTITIES DOING BUSINESS AS :
POWERWHEELSTOYS AT THE URL
WWW.POWERWHEELSTOYS.COM, :
JOHN DOE NOS. 1-5 AND ABC
ENTITY NOS. 1-5, :

                Defendants. :

----------------------------------x

## ORDER TEMPORARILY SEALING DOCKET

On this day, the Court considered Plaintiff's application to temporarily seal the docket in this action and it is hereby ORDERED that the Clerk of the Court shall maintain the documents in this action under seal pending further order of the Court.

It is further ORDERD that the Clerk of the Court shall have the authority to provide Plaintiff with certified copies of the any orders entered in this action while under seal.

Signed this 11th day of December 2020.

New York, NY

So Ordered:

Sidney H. Stein
U.S.D.J.

Part I